CINCINNATI COMPANIES v. ALBERS ET AL.; HOMAN ET AL., APPELLANTS; CINCINNATI CASUALTY COMPANY ET AL., APPELLEES.

[Cite as *Cincinnati Cos. v. Albers,*
103 Ohio St.3d 475, 2004-Ohio-5702.]

(No. 2004–0544—Submitted October 13, 2004—Decided November 10, 2004.)

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *Kyle v. Buckeye Union Ins. Co.,* 103 Ohio St.3d 170, 2004-Ohio-4885, 814 N.E.2d 1195.

MOYER, C.J., LUNDBERG STRATTON, O'CONNOR and O'DONNELL, JJ., concur.

RESNICK, F.E. SWEENEY and PFEIFER, JJ., dissent.

Robert W. Kerpsack Co., L.P.A., and Robert W. Kerpsack, for appellants.

Utrecht & Young, L.L.C., and James D. Utrecht, for appellee Cincinnati Casualty Company.

Freund, Freeze & Arnold, Christopher W. Carrigg and Jamey T. Pregon, for appellee Republic Franklin Insurance Company.